608 A.2d 25

**AMP PRODUCTS CORPORATION (appellant at No. 77) and AMP Incorporated (appellant at No. 78)**

v.

**COMMONWEALTH of Pennsylvania, BOARD OF FINANCE AND REVENUE.**

Supreme Court of Pennsylvania.

Argued May 7, 1992.

Decided June 11, 1992.

Reargument Denied Dec. 17, 1992.

Paul S. Kimbol, Philadelphia, David R. Kraus, Harrisburg, for appellant.

Ronald H. Skubecz, Kevin A. Moury, Deputy Attys. Gen., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

ORDER

PER CURIAM:

Order affirmed.

LARSEN, J., did not participate in the consideration or decision of this case.